IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01110-WDM-MEH

BRECKENRIDGE BREWERY OF COLORADO, et al.,

    Plaintiffs,

v.

ONEOK INC., et al.,

    Defendants.

_____

## ORDER OF RECUSAL
_____

Pursuant to 28 U.S.C. § 455, the undersigned recuses himself for service in the above captioned matter because he receives royalty payments from one or more of the defendants, and directs that this case be returned to the Clerk for reassignment by random draw.

DATED at Denver, Colorado, on June 15, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge

PDF FINAL